# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA SANTOS CORTEZ,<br><br>                Plaintiff(s),<br><br>vs.<br><br>MERSCORP HOLDINGS INC., et al.,<br><br>                Defendant(s). | Case No. 2:14-cv-01048-GMN-NJK<br><br>ORDER |

It appears to the Court that Plaintiff has moved. *Compare* Docket No. 1-2 at 5 (address as of May 21, 2014) *with* Docket No. 9 at 1 (providing new address) *with* Docket No. 15 (returning mail sent to new address with notation to old address). In light of this discrepancy, Plaintiff is hereby ORDERED to file a notice of change of address providing her current address no later than March 16, 2016. The failure to comply with this order will result in an order to show cause why sanctions should not be imposed.

The Clerk's Office is INSTRUCTED to send this notice to both of the addresses that have been provided by Plaintiff.

IT IS SO ORDERED.

DATED: March 6, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge