MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA WITTIG
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Defendants MERSCorp Holdings, Inc. and Nationstar Mortgage, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA SANTOS CORTEZ,<br><br>Plaintiff,<br><br>v.<br><br>MERSCORP HOLDINGS, INC.;<br>NATIONSTAR MORTGAGE, LLC; and<br>DOES 1-20 inclusive,<br><br>Defendants. | Case No.:   2:14-cv-01048-GMN-NJK<br><br>SUBSTITUTION OF COUNSEL |

Defendants MERSCorp Holdings, Inc. and Nationstar Mortgage, LLC consent to the substitution of Melanie D. Morgan, Esq. and Donna Wittig, Esq. of AKERMAN, LLP as its counsel of

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{32643045;1}                                        1

record in the place and stead of Abran E. Vigil, Esq. and Mathew David Lamb, Esq. of BALLARD SPAHR LLP in the above-entitled matter.

DATED this ___ day of June, 2015.

MERSCorp Holdings, Inc.

By: _____

Its: Assistant Secretary

Nationstar Mortgage, LLC

By: _____

Its: Litigation Resolution Analyst

Abran E. Vigil, Esq. and Mathew David Lamb, Esq. of BALLARD SPAHR LLP consent to the substitution of Melanie D. Morgan, and Donna Wittig, Esq. of the law firm AKERMAN LLP as counsel of record in their place and stead on behalf of MERSCorp Holdings, Inc. and Nationstar Mortgage, LLC.

DATED this 8th day of June, 2015.

**BALLARD SPAHR LLP**

_____
ABRAN E. VIGIL, ESQ.
Nevada Bar No. 7548
MATHEW DAVID LAMB, ESQ.
Nevada Bar No. 12991
100 CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
tel: (702) 471-7000
fax: (702) 471-7070

{32643045;1}   2

Melanie D. Morgan, Esq. and Donna Wittig, Esq. of the law firm AKERMAN LLP, consent to their substitution as counsel of record for MERSCorp Holdings, Inc. and Nationstar Mortgage, LLC in the place and stead of Abran E. Vigil, Esq. and Mathew David Lamb, Esq. of BALLARD SPAHR LLP.

DATED this 9th day of June, 2015.

AKERMAN LLP

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA WITTIG
Nevada Bar No. 11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants MERSCorp Holdings, Inc. and Nationstar Mortgage, LLC*

IT IS SO ORDERED.
Dated:  June 12, 2015

_____
United States Magistrate Judge

{32643045;1}                                3