# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA SANTOS CORTEZ,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MERSCORP HOLDINGS INC., et al.,<br><br>    Defendant(s). | Case No. 2:14-cv-01048-GMN-NJK<br><br>ORDER |

On July 21, 2015, Chief United States District Judge Gloria M. Navarro granted the motion to consolidate this case with the case filed at 2:15-cv-1085, and referred this matter to the undersigned to determine whether a discovery plan or status conference is appropriate.  Docket No. 26.  The Court hereby SETS a status conference for 11:00 a.m. on August 10, 2015, in Courtroom 3B.

  IT IS SO ORDERED.

  DATED: July 22, 2015

                _____
                NANCY J. KOPPE
                United States Magistrate Judge