BERNADETTE A. RIGO
NEVADA BAR NO. 7882
SELMAN BREITMAN LLP
3993 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-0961
Telephone:    702.228.7717
Facsimile:    702.228.8824
Email:         brigo@selmanlaw.com

Attorneys for Defendant WEST COAST
MORTGAGE GROUP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA SANTOS CORTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; QUALITY LOAN SERVICING, LLC; WEST COAST MORTGAGE GROUP; ALLIANCE BANCORP; AURORA BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROSE VELLANOWETH; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.   2:14-cv-01048-GMN-NJK<br><br>**AMENDED STIPULATION AND ORDER TO STAY DISCOVERY PURSUANT TO LOCAL RULE 6-1(B)**<br>**(FIRST REQUEST)** |

Pursuant to Local Rule 6-1(b), plaintiff PRISCILLA SANTOS CORTEZ, defendant WEST COAST MORTGAGE GROUP ("WEST COAST"), by and through its attorney of record, Bernadette A. Rigo with Selman Law, LLP, and defendants NATIONSTAR MORTGAGE, LLC; AURORA BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP HOLDINGS, INC. (collectively, Nationstar Defendants), by and through their attorney of record, Donna M. Wittig with AKERMAN LLP, hereby stipulate and agree, subject to the approval of the Court, that:

WHEREAS:

{35732235;1}1

(1) The current lawsuit consolidates two lawsuits filed by plaintiff concerning the real property located at 1020 Zurich Avenue in Henderson, Nevada, and the mortgage loan she obtained in 2006 for its purchase;

(2) On June 19, 2015, WEST COAST filed a Motion to Dismiss Pursuant to 12(b) based on lack of jurisdiction, insufficiency of service of process, and failure to state a claim upon which relief can be granted (Doc. 27);

(3) On August 13, 2015, Nationstar Defendants filed a motion to dismiss plaintiff's complaint with prejudice based on res judicata, statute of limitations and failure to state a claim upon which relief can be granted; and to the extent not dismissed on the merits with prejudice, Nationstar Defendants moved to dismiss without prejudice due to insufficiency of service of process (Doc. 34);

(4) The parties seek a just, speedy and inexpensive determination of the pending motions to dismiss without expense of discovery which would be unnecessary for all parties involved if either or both motions are granted and by which no party would be prejudiced if the motions were denied and discovery began after the Court enters an Order on the motions.

IT IS THEREBY STIPULATED AND AGREED THAT:

(1) All discovery in this action shall be stayed until the Court enters an Order resolving WEST COAST's pending Motion to Dismiss Pursuant to 12(b) (Doc. 27) and Nationstar Defendants' pending Motion to Dismiss (Doc. 34);

(2) Following the court's entry of an order(s) on West Coast's and Nationstar Defendant's motions, the parties shall have 30 days in which to conduct Fed. R. Civ. P. 26(f) conference, and 14 days after the Rule 26(f) conference in which to submit a proposed discovery plan and scheduling order and serve initial disclosures;

(3) No party shall serve requests for discovery until after the parties hold the Rule 26(f) conference;

(4) This Stipulation is made without prejudice to any parties' right to move to extend the stay of discovery;

(5) This is the parties' first request to stay discovery.

DATED: August 17, 2015       SELMAN BREITMAN LLP

By: /s/ Bernadette A. Rigo
     BERNADETTE A. RIGO
     NEVADA BAR NO. 7882
     3993 Howard Hughes Parkway, Suite 200
     Las Vegas, NV 89169-0961
     Phone: 702.430.5906
     Facsimile: 702.228.8824
     Attorneys for Defendant WEST COAST
     MORTGAGE GROUP

DATED: August 17, 2015       PRISCILLA SANTOS CORTEZ

By: /s/ Priscilla Santos Cortez
     PRISCILLA SANTOS CORTEZ
     4132 Calmoor Street
     National City, CA 91950
     PLAINTIFF PRO PER

DATED: August 17, 2015       AKERMAN LLP

By: /s/ Donna M. Wittig
     DONNA M. WITTIG, ESQ.
     NEVADA BAR NO. 11015
     1160 Town Center Drive, Suite 330
     Las Vegas, NV 89144
     Attorneys for Defendants
     NATIONSTAR MORTGAGE, LLC, AURORA
     BANK, FSB, MORTGAGE ELECTRONIC
     REGISTRATION SYSTEMS, INC. and
     MERSCORP HOLDINGS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: August 18, 2015       By: _____
                                  United States Magistrate Judge

{35732235;1} 3

95335. 2030.38443