**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PRISCILLA S. CORTEZ, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MERSCORP HOLDINGS, INC., *et al.* ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:14-cv-01048-GMN-NJK <br><br> **ORDER** |

Consolidated with Case No. 2:15-cv-1085

PRISCILLA S. CORTEZ,

                Plaintiff,

  vs.

NATIONSTAR MORTGAGE, LLC, *et al.*

                Defendants.

      In the Court's October 28, 2015 Order (ECF No. 44), the Court gave Plaintiff Priscilla S. Cortez ("Plaintiff") until November 30, 2015 to effectuate service on Defendants West Coast Mortgage Group, Nationstar Mortgage, LLC, Aurora Bank, FSB, Mortgage Electronic Registration Systems, Inc., and MERSCORP Holdings, Inc. (collectively, "Defendants"). Plaintiff has failed to demonstrate that she has properly effectuated service on Defendants by this deadline. Accordingly, Plaintiff's claims against Defendants are dismissed with prejudice, and Defendants are hereby terminated from this case.

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are **DISMISSED with prejudice**.  Accordingly, Defendants West Coast Mortgage Group, Nationstar Mortgage, LLC, Aurora Bank, FSB, Mortgage Electronic Registration Systems, Inc., and MERSCORP Holdings, Inc. are hereby terminated from this case.

**DATED** this \_\_\_4\_\_\_ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge