UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PRISCILLA SANTOS CORTEZ,            )
                                    )
            Plaintiffs,             )
                                    )   Case No.: 2:14-cv-01048-GMN-NJK
    vs.                             )
                                    )
QUALITY LOAN SERVICING, LLC, *et al.*, )
                                    )
            Defendants.             )
                                    )

### ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION

This action has been pending in this Court for more than two hundred seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

IT IS HEREBY ORDERED that the above entitled action is DISMISSED without prejudice for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

IT IS FURTHER ORDERED that the Clerk of Court shall docket this order in case number 2:15-cv-1085-GMN-NJK and CLOSE the consolidated case.

**DATED** this __25__ day of __January__, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court