# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRISCILLA S. CORTEZ, </br></br> Plaintiff, </br> vs. </br></br> MERSCORP HOLDINGS, INC.; </br> NATIONSTAR MORTGAGE, LLC, </br></br> Defendants, | Case No.: 2:14-cv-01048-GMN-NJK </br></br> **ORDER** |
| PRISCILLA S. CORTEZ, </br></br> Plaintiff, </br> vs. </br></br> NATIONSTAR MORTGAGE, LLC; QUALITY LOAN SERVICING, LLC; WEST COAST MORTGAGE GROUP; ALLIANCE BANCORP; AURORA BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ROSE VELLANOWETH; and DOES 1-10, inclusive, </br></br> Defendants. | |

Pending before the Court is the Motion to Expunge Lis Pendens, (ECF No. 51), filed by Defendant Nationstar Mortgage, LLC ("Defendant"). For the reasons discussed below, the Court **GRANTS** Defendant's Motion to Expunge Lis Pendens.

# I. <u>BACKGROUND</u>

Plaintiff Priscilla Cortez ("Plaintiff") originally filed this lawsuit on May 21, 2014, and Defendant removed this action on June 27, 2014. (Pet. for Removal, ECF No. 1). On December 4, 2015, the Court dismissed West Coast Mortgage Group; Nationstar Mortgage, LLC; Aurora Bank, FSB; Mortgage Electronic Registration Systems, Inc.; and MERSCORP

Holdings, Inc. with prejudice, (ECF No. 47). Moreover, the Court dismissed the remainder of the case for failure to prosecute on January 25, 2017, (ECF No. 49). Pursuant to these Orders, Defendant filed the instant Motion. Plaintiff did not file a response, and the deadline to do so has passed.

## II. DISCUSSION

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." D. Nev. R. 7-2(d). Given Plaintiff's failure to file an opposition, the Court grants the Motion pursuant to Local Rule 7-2(d).

## III. CONCLUSION

**IT IS HEREBY ORDERED** that Defendant's Motion to Expunge Lis Pendens, (ECF No. 51), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Notice of Pendency of Action or Lis Pendens recorded by Plaintiff in relation to this matter, as Instrument No. 20140630-0001649 as to a certain parcel of real property with Assessor's Parcel No. 179-16-812-008 shall be expunged.

**IT IS FURTHER ORDERED** that a copy of this Order may be recorded with the Clark County's Recorder's Office in the applicable chain of title.

**DATED** this \_\_3\_\_ day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge